IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM OSCAR HARRIS | : | CIVIL ACTION |
| v. | : | |
| TROY E. LEVI, et al. | : | NO. 09-2484 |

## ORDER

AND NOW, this 7th day of July, 2010, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Pursuant to 28 U.S.C. § 1406, the petition for a writ of habeas corpus is **TRANSFERRED** to the United States District Court for the District of New Jersey; and

3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

J. CURTIS JOYNER, J.