```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| WILLIAM OSCAR HARRIS, | |
| Petitioner, | HONORABLE JEROME B. SIMANDLE |
| v. | Civil No. 08-1792 (JBS) |
| TROY LEVI *WARDEN FDC - PHILADELPHIA,* | & |
| Respondent. | Civil No. 10-3493 (JBS) |
| | [Relates to Cr. No. 03-354-01 (JBS)] |
| WILLIAM OSCAR HARRIS, | **ORDER** |
| Petitioner, | |
| v. | |
| TROY LEVI *WARDEN FDC - PHILADELPHIA,* | |
| Respondent. | |

These related matters having come before the Court upon William Oscar Harris's petitions for writs of habeas corpus; the Court having considered the submissions of the parties in support thereof and opposition thereto; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **23rd** day of **May, 2011** hereby

ORDERED that Petitioner's application for recusal of the undersigned in Civil No. 08-1792 is **DENIED**; and it is further

ORDERED that the petitions in Civil No. 08-1792 and Civil No. 10-3493 are **DENIED**; and it is further

ORDERED that Petitioner's applications for bail are **DENIED as MOOT**; and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1) for either of the petitions in Civil No. 08-1792 and Civil No. 10-3493, the Petitioner having failed to make a substantial showing of the denial of a constitutional right.

                                            **s/ Jerome B. Simandle**
                                            JEROME B. SIMANDLE
                                            United States District Judge